IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARIE BARR,

      Petitioner,

v.                                             4:16cv108-WS/EMT

J.V. FLOURNOY, Warden,

      Respondent.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (doc. 23) docketed October  28, 2016. The magistrate judge recommends that the petitioner's amended § 2241 petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 24) to the report and recommendation.

      The court having reviewed the report and recommendation in light of the petitioner's objections, it is ORDERED:

      1. The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2. The petitioner's amended petition for writ of habeas corpus (doc. 4) is

DENIED.

3. The clerk shall enter judgment stating: "Marie Barr's petition for writ of

habeas corpus pursuant to 28 U.S.C. § 2241 is denied."

DONE AND ORDERED this ___18th___ day of ____November____, 2016.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE